**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**REVA SCHULTZ HOPKINS and GLENN E. HOPKINS**                          **PLAINTIFFS**

**V.**                                                       **CIVIL ACTION NO.1:06CV48 LTS-RHW**

**KAREN BREWER, MARVIN ROBINSON and
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**                  **DEFENDANTS**

### ORDER DENYING MOTION FOR RECONSIDERATION

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [19] of Defendants Nationwide Mutual Fire Insurance Company, Karen Brewer, and Marvin Robinson for reconsideration of the opinion [17] and order [18] entered on August 15, 2006, is **DENIED**.

**SO ORDERED** this 29th day of November, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge